UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDALL PONDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION NO._____ |
| | JUDGE_____ |
| VERSUS | MAGISTRATE JUDGE_____ |
| PFIZER INC. | |

## AMENDED COMPLAINT– CLASS ACTION

NOW INTO COURT, through undersigned counsel, comes Randall Ponder, an individual of the full age of majority residing in East Baton Rouge Parish, Louisiana, who respectfully amends his complaint to include the following additional allegations

18. Pfizer was in a special fiduciary relationship with the Class by reason of its entrustment with private information, and had a duty of care to use reasonable means to keep the information private and secure. Pfizer breached this duty.

19. Pfizer had a duty to inform Class members in a timely manner when their private information became compromised. Pfizer breached this duty. Nine weeks passed between the unauthorized disclosures and notification of class members. Pfizer knew of the unauthorized disclosures at least weeks before it notified class members.

20. Pfizer had a duty to use reasonable to prevent the unauthorized disclosure of private information. Pfizer breached this duty.

21. Pfizer had a duty to timely inform the class members of the unauthorized disclosure of their private information so that the class members could take appropriate measures to avoid unauthorized use of their private information and monitor their credit reports for fraudulent charges. Pfizer breached this duty by failing to notify class members in a timely manner that

their information had been compromised.

22. As a direct and proximate result of Pfizer's conduct, the class members suffered damages including fear and apprehension of fraud, loss of money, and identity theft; the burden and cost of credit monitoring; the burden and cost of closing compromised credit accounts and opening new accounts; the burden of scrutinizing credit card statements and other statements for unauthorized transactions; damage to their credit; loss of privacy; and other economic damages.

WHEREFORE, plaintiff, Randall Ponder, on behalf of himself and all members of the proposed class, reiterates the allegations and prayer of his original complaint and prays that the Court certify the class, appoint him as representative, that defendant be served with a copy of the petition and that it be cited to appear and answer, and after due proceedings, that judgment be rendered in his favor, on behalf of himself and all members of the class, and against defendant, in an amount sufficient to compensate him and the class members for all damages to which they are entitled; and for all other legal, general, and equitable relief, including attorney fees, costs, and interest.

Respectfully Submitted:

SCOTT D. WILSON
A PROFESSIONAL LAW CORPORATION
12605 South Harrell's Ferry Road
Suite 6
Baton Rouge, Louisiana 70816
(225) 291-9009

BY:   S/Scott D. Wilson
      **SCOTT D. WILSON**
       Louisiana Bar Roll # 19835