UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDALL PONDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION NO. 07-466-FJP-CN |
| | JUDGE POLOZOLA |
| VERSUS | MAGISTRATE JUDGE NOLAND |
| PFIZER INC. | |

## MOTION FOR ATTORNEY'S FEE AND COSTS AWARD

NOW INTO COURT comes Scott D. Wilson, Scott D. Wilson, A Professional Law Corporation, and Brian Klar, Klar, Iszak & Stenger, who respectfully move for an award of attorney fees in accordance with 54(d)(2), upon showing that a common fund has been created for the benefit of the class as a result of undersigned counsel's efforts in bringing this class action lawsuit. Movants also seek an order allowing discovery of the number of persons affected by the common fund, the identity of the persons who benefit from the common fund, and the value of the fund, all for reasons more fully set forth in the supporting memorandum submitted herewith.

Respectfully Submitted:
**SCOTT D. WILSON**
**A PROFESSIONAL LAW CORPORATION**
12605 South Harrell's Ferry Road
Suite 6
Baton Rouge, Louisiana 70816
(225) 291-9009, fax 291-9007
BY:  s/Scott D. Wilson
         **SCOTT D. WILSON**
           Louisiana Bar Roll # 19835

CERTIFICATE OF SERVICE

I hereby certify that on the 19 day of September, 2007, a copy of this pleading was filed electronically with the Clerk using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's system.

s/Scott D. Wilson