UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDALL PONDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION NO. 07-466-FJP-CN |
| | JUDGE POLOZOLA |
| VERSUS | MAGISTRATE JUDGE NOLAND |
| PFIZER INC. | |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF

## MOTION FOR ATTORNEY'S FEE AND COSTS AWARD

MAY IT PLEASE THE COURT:

Undersigned counsel has recently learned of a separate data breach by Pfizer that affected approximately 34,000 current and former Pfizer employees as well as health care workers and others. This breach was reportedly caused by a Pfizer employee who wrongfully removed copies of confidential information from a Pfizer computer system late last year. Pfizer reportedly did not realize sensitive information had been compromised until July 10, 2007. This incident and Pfizer's response have been widely reported in the media.

In response to this data breach, Pfizer provided the affected individuals with two years of credit monitoring and fraud-resolution counseling, as well as $50,000 in identity theft insurance.

When Pfizer had its first data breach, which is subject of this lawsuit, it offered those affected only one year of credit monitoring and $25,000 in identity theft insurance. This is Pfizer's track record in this situation. It is apparent that the increased offer related to the second data breach is a direct result of this lawsuit. The 34,000 persons to whom Pfizer offered two years of credit monitoring and $50,000 of insurance have substantially benefitted from the efforts of undersigned

1

counsel in bringing this class action, and under the "substantial benefit" doctrine, Mr. Horne and his undersigned counsel are entitled to attorney fees for providing increased credit monitoring and insurance– a substantial benefit– to the 34,000 people affected by this latest data breach.

For the foregoing reasons, and reasons set forth in the original supporting memorandum, undersigned counsel are entitled to attorney fees on the enhanced credit monitoring and insurance packages offered by Pfizer to the 17,000 individuals in the present lawsuit and the 34,000 individuals affected by Pfizer's subsequent data breach.

Respectfully Submitted:
**SCOTT D. WILSON**
**A PROFESSIONAL LAW CORPORATION**
12605 South Harrell's Ferry Road
Suite 6
Baton Rouge, Louisiana 70816
(225) 291-9009, fax 291-9007
BY:  s/Scott D. Wilson
   **SCOTT D. WILSON**
   Louisiana Bar Roll # 19835

CERTIFICATE OF SERVICE

I hereby certify that on the 19 day of September, 2007, a copy of this pleading was filed electronically with the Clerk using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's system.

s/Scott D. Wilson