UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TERRY L. HORNE, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

CIVIL ACTION

VERSUS

NO. 07-466-JJB-CN

PFIZER, INC.

**RULING ON MOTION FOR SANCTIONS AND ATTORNEYS' FEES**

This matter is before the Court on motions by Plaintiff, Terry L. Horne for attorneys' fees (doc. 28) and sanctions (doc. 30) against Defendant Pfizer, Inc. Plaintiff first moved for attorneys' fees and then moved to sanction Pfizer and its lawyers on the ground that a letter that Pfizer's Privacy Office sent to Pfizer employees violated Rule 4.2 of the Rules of Professional Conduct.

With regard to attorneys' fees, Plaintiff cannot recover attorneys' fees unless it is a successful litigant. Here, it is not. This Court has dismissed Plaintiff's complaint because it failed to articulate actual damages (doc. 65). With regard to sanctions, Plaintiff did not cite a single case in support of his motion. Additionally, the letter attached to the motion as "Exhibit A" was made in the ordinary course of business, it made no mention of any pending litigation and did not condition acceptance of the additional insurance on any employee's renouncing any rights he

or she might have to become members of the class in this lawsuit or to participate in any recovery, should there have been one.

Accordingly, Plaintiff's motions for attorneys' fees (doc. 28) and sanctions (doc. 30) are hereby **DENIED**.

Baton Rouge, Louisiana, November 7, 2007.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA