UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TERRY L. HORNE, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

VERSUS

PFIZER, INC.

CIVIL ACTION

NO. 07-466-JJB-CN

## JUDGMENT

For written reasons assigned in the Court's Rulings on Defendant's Rule 12(b)(6) Motion to Dismiss, and Plaintiff's Motions for Sanctions and Attorneys' Fees,

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendant, Pfizer, Inc. and against Plaintiff Terry L. Horne. Plaintiff's motions for attorneys' fees and sanctions are hereby **DENIED** and the action is hereby **DISMISSED**. Additionally, there is no need for the Court to consider class certification.

Baton Rouge, Louisiana, November 7, 2007.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

1